**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**FITNETE BEGAJ,**

|  |  |
|---|---|
| **Plaintiff,** | **ORDER** |
| -against- | **19-CV-0498 (ENV)** |

**TARGET CORPORATION,**

**Defendant.**
-------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

The parties have informed this Court that they have accepted its settlement proposal.

They are directed to file a Stipulation of Discontinuance with the Clerk of the Court via ECF

no later than **May 1, 2019**.

**SO ORDERED.**

Dated:    **Brooklyn, New York**
          **April 1, 2019**


                    /s/  *Roanne L. Mann*

          **ROANNE L. MANN**
          **CHIEF UNITED STATES MAGISTRATE JUDGE**