```
UNITED STATES DISTRICT COURT                    (ih 1464)
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
FITNETE BEGAJ,
                                        Civil Action No.:
                    Plaintiff,          19-cv-498

        -against-                       STIPULATION
                                        OF DISMISSAL
TARGET CORPORATION,                     WITH PREJUDICE

                    Defendant.
----------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts and that a copy of a signature shall be deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    Hauppauge, New York
          April    , 2019

WAGNER & WAGNER, LLP                    SIMMONS JANNACE DELUCA, LLP

BY: _____               BY: _____
    Edward Wagner, Esq.                     Ian E. Hannon, Esq.
Attorneys for Plaintiff                 Attorneys for Defendant

FITNETE BEGAJ
2508 Amboy Road
Staten Island, New York 10306
(718) 667-7400

TARGET CORPORATION
43 Corporate Drive
Hauppauge, New York 11788
(631) 873-4888

SO ORDERED:

_____
U.S.D.J.