FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.
★ APR 17 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
FITNETE BEGAJ,

                Plaintiff,

    -against-

TARGET CORPORATION,

                Defendant.

---------------------------------------X

(ih 1464)

Civil Action No.:
19-cv-498

**STIPULATION**
**OF DISMISSAL**
**WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other.

    **IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts and that a copy of a signature shall be deemed an original for purposes of this stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   Hauppauge, New York
          April   , 2019

WAGNER & WAGNER, LLP

BY: _____
    Edward Wagner, Esq.
Attorneys for Plaintiff

SIMMONS JANNACE DELUCA, LLP

BY: _____
    Ian E. Hannon, Esq.
Attorneys for Defendant

| | |
|---|---|
| FITNETE BEGAJ<br>2508 Amboy Road<br>Staten Island, New York 10306<br>(718) 667-7400 | TARGET CORPORATION<br>43 Corporate Drive<br>Hauppauge, New York 11788<br>(631) 873-4888 |

The Clerk is directed to close this case.

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
_____
U.S.D.J.
Hon. Eric N. Vitaliano
4/15/19